# EXHIBIT B

| | 16999 | Department of the Treasury - Internal Revenue Service | |
|---|---|---|---|
| Form 668 (Y)(c) (Rev. February 2004) | | **Notice of Federal Tax Lien** | |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #3 Lien Unit Phone: (800) 913-6050 | Serial Number 319860018 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer KEITH & JENNIFER DIPRIMA

Residence 1220 BROUGH HALL DR
WAXHAW, NC 28173-6937

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

18.45

18 M 596

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2016 | XXX-XX-5913 | 07/23/2018 | 08/22/2028 | 82045.77 |

Place of Filing
CLERK OF SUPERIOR COURT
UNION COUNTY
MONROE, NC 28110

Total $ 82045.77

This notice was prepared and signed at BALTIMORE, MD , on this,
the 16th day of August , 2018 .

Signature *Joan Flach*
for BARBARA GIBBS

Title REVENUE OFFICER
(704) 548-4357

23-08-3320

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office Form 668(Y)(c) (Rev. 2-2004)