(WDNC Rev. 01/17) Summons in a Civil Action

Civil Action No. 3:22-cv-00452

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* Jennifer DiPrima

was received by me on *(date)* _____.

☒ I personally served the summons on the defendant at *(place)* 435 Turtleback Ridge on *(date)* 9/9/22 ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

❏ I returned the summons unexecuted because _____; or

❏ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 9/9/22

Server's signature

S. Fisher Deputy
Printed name and title

UCSO
Server's address

Additional information regarding attempted service, etc:

RECEIVED
SEP 15 2022
BURR & FORMAN LLP



Case 3:22-cv-00452-MOC-DSC   Document 3-1   Filed 09/02/22   Page 2 of 2