Civil Action No. 3:22-cv-00452

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____ Keith DiPrima _____
was received by me on *(date)* _____ 09/07/22 _____.

☐ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ Jennifer Di Prima _____, a person of suitable age and discretion who
resides there, on *(date)* _____ 9/9/22 _____, and mailed a copy to the individual's last
known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date: _____ 9/9/22 _____

_____
**Server's signature**

_____ S. Fisher Deputy _____
**Printed name and title**

_____ UCSO _____
**Server's address**

Additional information regarding attempted service, etc:

RECEIVED

SEP 15 2022

BURR & FORMAN LLP